UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                     :
   UNITED STATES OF AMERICA     :
                     :
        - v. -          :     ~~[PROPOSED]~~ ORDER
                     :
   GERMAN MARMOLEJOS,        :     S2 18 Cr. 303 (JMF)
                     :
           Defendant.     :
                     :
- - - - - - - - - - - - - - - - X

It is hereby ordered that Cheryl Paradis, Psy.D., a forensic psychologist, is appointed to conduct a psychological examination of the defendant, German Marmolejos, in order to determine whether Mr. Marmolejos suffered from a mental disease or defect that bears on the issue of guilt.

The parties are directed to provide all relevant materials to Dr. Paradis, and to facilitate Dr. Paradis's examination of Mr. Marmolejos, in order to ensure that Dr. Paradis can complete her examination of Mr. Marmolejos as quickly as possible.

SO ORDERED.

Dated: New York, New York
       February 19, 2020

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE