UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA        :

                                        :          **ORDER**

      -v.-                        :

                                        :          S2 18 Cr. 303 (JMF)

GERMAN MARMOLEJOS,           :

                                        :

                     Defendant.  :

                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorneys Peter J. Davis and Daniel G. Nessim, and with the consent of the defendant GERMAN MARMOLEJOS, through his counsel, and upon the record of proceedings in this matter to date, it is hereby

        ORDERED, pursuant to Title 18, United States Code, Section 4241 *et seq.*, that the defendant GERMAN MARMOLEJOS be designated to a suitable Bureau of Prisons ("BOP") facility so that a psychological evaluation of the defendant can be performed and a report can be issued to assist the Court in determining whether the defendant is competent to stand trial; and it is further

        ORDERED that the defendant GERMAN MARMOLEJOS surrender to the designated facility on January 4, 2021; and it is further

        ORDERED that the BOP complete the evaluation of the defendant GERMAN MARMOLEJOS as soon as possible and within 30 days of the defendant's arrival at the designated BOP facility; and it is further

ORDERED that, in connection with its evaluation, the BOP shall be provided with copies of any psychological reports regarding the defendant prepared by any psychologist or psychiatrist who has evaluated the defendant in connection with this case; and it is further

ORDERED that, as soon as possible following the conclusion of its psychological evaluation, the BOP submit to the Court and the parties a report regarding the results of its evaluation of the defendant, addressing whether the defendant is competent to stand trial.

The Court hereby recommends that the defendant GERMAN MARMOLEJOS be designated to a suitable BOP medical facility that is nearest to the New York City area, has Spanish-speaking mental-health staff, and that is capable of either providing or facilitating neurological testing for GERMAN MARMOLEJOS, including MRI and fMRI scans, while he is housed at the BOP medical facility

Dated:     New York, New York
           November 9 , 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK