```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA         :     **TRANSPORTATION ORDER**

       - v -                     :     18 CR 303 (JMF)

GERMAN MARMOLEJOS,

              Defendant.         :

-----------------------------------x
```

Upon the application of **German Marmolejos**, by his attorney, **Jennifer Willis, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish German Marmolejos and Michael Marmolejos with funds to cover the cost Of travel between Paterson, New Jersey and Miami, Florida;

**ORDERED** that Mr. Marmolejos and Mr. Michael Marmolejos's flight to Miami, Florida depart and arrive on Friday, January 15, 2021;

**ORDERED** that Mr. Michael Marmolejos's return flight to Paterson, New Jersey depart on January 15, 2021; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York        SO ORDERED:
       January 14  2021

The Clerk of Court is directed to terminate Doc. #154.

_____
HONORABLE JESSE M. FURMAN
United States District Judge