# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. German Marmolejos**
      **(S2) 18 Cr. 303 (JMF)**

Dear Judge Furman:

     We write on behalf of the parties and in response to the Court's Order dated February 16, 2021 regarding the March 2, 2021 conference and requesting any updates on German Marmolejos.

     The parties agree that the conference scheduled for March 2, 2021 should be adjourned <u>sine die</u> and do not have any new information concerning Mr. Marmolejos's whereabouts. The defense further submits for the Court's consideration an <u>ex parte</u> letter that we request leave to file under seal.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Jennifer E. Willis, Esq.
Assistant Federal Defenders
(646) 315-1527

Counsel for Defendant

Cc (via ECF):   Peter Davis, Esq.
                Daniel Nessim, Esq.
                Assistant United States Attorneys

---

Application GRANTED. The conference is hereby ADJOURNED sine die. The Court will maintain a copy of Counsel's ex parte letter under seal. The Clerk of Court is directed to terminate Doc. #170. SO ORDERED.

February 18, 2021