UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERMAN MARMOLEJOS,<br><br>               Defendant. | **ORDER AND JUDGMENT**<br><br>S2 18 Cr. 303(JMF) |

This matter having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Daniel G. Nessim, Assistant United States Attorney, and no objections having been raised, *see* ECF No. 183,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $150,000 personal recognizance bond executed by defendant German Marmolejos and sureties Tania M. Flete, Jacinta Marmolejos, and Michael Marmolejos be and hereby is FORFEITED.

2. Judgment in the amount of $150,000 in favor of the United States of America and against defendant German Marmolejos and sureties Tania M. Flete, Jacinta Marmolejos, and Michael Marmolejos be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated: New York, New York
       June 10, 2021

                                                    HONORABLE JESSE M. FURMAN
                                                    UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 177.